**Form 8**

FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Graff/Ross Holdings _____ v. Federal Home Loan _____

No. 2013-1067

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se          ✓ As counsel for:      Graff/Ross Holdings, LLP _____
                                               Name of party

I am, or the party I represent is (select one):

_____Petitioner    _____Respondent    _____Amicus curiae    _____Cross Appellant

____✓Appellant    _____Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Brett C. Govett |
| Law firm: | Fulbright & Jaworski L.L.P. |
| Address: | 2200 Ross Avenue , Suite 2800 |
| City, State and ZIP: | Dallas, TX 75201 |
| Telephone: | 214-855-8000 |
| Fax #: | 214-855-8200 |
| E-mail address: | bgovett@fulbright.com |

Statement to be completed by counsel only (select one):

_____  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

____✓  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 22, 1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    ✓No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

__11/21/2012__                          _____/s/ Brett C. Govett_____
        Date                              Signature of pro se or counsel

cc: All Counsel
_____

123

## CERTIFICATE OF SERVICE

I certify that on November 28, 2012, I served the foregoing document on the

persons listed below by electronic means, via the Court's CM/ECF system.

Matthew J. Moore
Adam M. Greenfield
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004
(202) 637-2200

/s/ Brett C. Govett
Brett C. Govett
FULBRIGHT &  JAWORSKI L.L.P.
2200 Ross Ave, Suite 2800
Dallas, Texas  75201
(214) 855-8000

Counsel for Appellant Graff/Ross
Holdings, LLP