**Form 8**

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Graff/Ross Holdings    v. Federal Home Loan

No. 2013-1067

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se    ✓ As counsel for:    Graff/Ross Holdings, LLP
                                    Name of party

I am, or the party I represent is (select one):

_____Petitioner    _____Respondent    _____Amicus curiae    _____Cross Appellant

✓ Appellant    _____Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

Name: Mark T. Garrett
Law firm: Fulbright & Jaworski L.L.P.
Address: 98 San Jacinto Boulevard, Suite 1100
City, State and ZIP: Austin, TX 78701
Telephone: 512-474-5201
Fax #: 512-536-4598
E-mail address: mgarrett@fulbright.com

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 27, 2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    ✓ No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/21/2012                          /s/ Mark T. Garrett
Date                                Signature of pro se or counsel

cc: All Counsel

## CERTIFICATE OF SERVICE

I certify that on November 28, 2012, I served the foregoing document on the persons listed below by electronic means, via the Court's CM/ECF system.

Matthew J. Moore
Adam M. Greenfield
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004
(202) 637-2200

/s/ Mark T. Garrett
Mark T. Garrett
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
(512) 474-5201

Counsel for Appellant Graff/Ross Holdings, LLP