NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FEDERAL HOME LOAN MORTGAGE CORPORATION (also known as Freddie Mac),**
*Plaintiff-Appellee,*

v.

**GRAFF/ROSS HOLDINGS, LLP,**
*Defendant-Appellant.*

---

2013-1067, -1068, -1069

---

Appeals from the United States District Court for the District of Columbia in Nos. 07-CV-0796, 10-CV-1948, and 11-CV-0941, Judge Richard J. Leon.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to lift the stay in this appeal and set a specific briefing schedule,

IT IS ORDERED THAT:

1) The motion is granted. The stay is lifted.

FEDERAL HOME LOAN v. GRAFF/ROSS HOLDINGS        2

    2) Graff/Ross Holdings, LLP's opening brief is due within 90 days of the date of this order. Federal Home Loan Mortgage Corporation's response brief is due within 73 days of the filing of the opening brief. Graff/Ross Holdings' reply brief is due within 17 days of the filing of the response brief.

                                          FOR THE COURT

                                          /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk

s25