Nos. 2013-1067, -1068, -1069

IN THE

# United States Court of Appeals for the Federal Circuit

───────────────

**FEDERAL HOME LOAN MORTGAGE CORPORATION (also known as Freddie Mac),**

*Plaintiff-Appellee,*

v.

**GRAFF/ROSS HOLDINGS, LLP,**

*Defendant-Appellant.*

───────────────

Appeals from the United States District Court for the District of Columbia in case nos. 07-CV-0796, 10-CV-1948, and 11-CV-0941, Judge Richard J. Leon.

───────────────

## JOINT PROPOSED BRIEFING SCHEDULE

───────────────

| | |
|---|---|
| Matthew J. Moore<br>Gabriel K. Bell<br>Adam M. Greenfield<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC  20004<br>(202) 637-2200<br><br>**Attorneys for Appellee Federal Home Loan Mortgage Corporation** | Jonathan S. Franklin<br>FULBRIGHT & JAWORSKI LLP<br>801 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2623<br>(202) 662-0466<br><br>Brett C. Govett<br>FULBRIGHT & JAWORSKI LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>(214) 855-8000<br><br>**Attorneys for Appellant Graff/Ross Holdings, LLP** |

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Graff/Ross Holdings    v.   Federal Home Loan

No. 2013-1067

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Graff/Ross Holdings, LLP

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Jonathan S. Franklin, Brett C. Govett, Mark T. Garrett, Sheila Kadura, Kara L. Petteway, Peter J. Leininger (all of Fulbright & Jaworski, LLP)

11/21/2012        /s/ Jonathan S. Franklin
Date        Signature of counsel

Jonathan S. Franklin
Printed name of counsel

Please Note: All questions must be answered
cc: All Counsel

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Federal Home Loan Mortgage Corp. v. Graff/Ross Holdings, LLP

No. 2013-1067, -1068, -1069

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Federal Home Loan Mortgage Corp. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Federal Home Loan Mortgage Corp. (Freddie Mac)

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Latham & Watkins LLP: Matthew J. Moore, Gabriel K. Bell, Adam M. Greenfield, and James R. Bender (former); Howrey LLP: Pamela S. Kane; Federal Home Loan Mortgage Corp.: Howard Lindenberg, Barry Parsons, and Ankur Shah

June 25, 2014
Date

/s/ Matthew J. Moore
Signature of counsel

Matthew J. Moore
Printed name of counsel

Please Note: All questions must be answered
cc: See certificate of service attached

Pursuant to the Court's Order dated September 5, 2013 (Doc. 24), Appellant Graff/Ross Holdings, LLP ("Graff/Ross") and Appellee Federal Home Loan Mortgage Corporation ("Freddie Mac") provide this joint proposed briefing schedule for consolidated Appeal Nos. 13-1067, 13-1068, and 13-1069. At the parties' request, the Court previously stayed these appeals pending the Supreme Court's final disposition in *Alice Corporation Pty., Ltd. v. CLS Bank International*, No. 13-298 ("*CLS Bank*"). This Court also ordered the parties to "provide a briefing schedule within 14 days from the date of the Supreme Court of the United States' final disposition." The Supreme Court issued a decision in *CLS Bank* on June 19, 2014.

The parties respectfully request that the Court set a briefing schedule for these appeals. The parties jointly request that Graff/Ross's Opening Brief be due on August 15, 2014; that Freddie Mac's Response Brief be due on October 7, 2014; and that Graff/Ross's Reply Brief be due on October 24, 2014.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew J. Moore | /s/ Sheila Kadura |
| | |
| *Matthew J. Moore | Mark T. Garrett |
| Gabriel K. Bell | Sheila Kadura |
| Adam M. Greenfield | FULBRIGHT & JAWORSKI LLP |
| LATHAM & WATKINS LLP | 98 San Jacinto Boulevard, Suite 1100 |
| 555 Eleventh Street, NW | Austin, TX  78701-4255 |
| Suite 1000 | (512) 474-5201 |
| Washington, DC 20004 | |
| (202) 637-2200 | *Jonathan S. Franklin |
| | FULBRIGHT & JAWORSKI LLP |
| **Counsel for Appellee** | 801 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004-2623 |
| *Counsel of Record | (202) 662-0466 |
| | |
| | Brett C. Govett |
| | FULBRIGHT & JAWORSKI LLP |
| | 2200 Ross Avenue, Suite 2800 |
| | Dallas, Texas 75201-2784 |
| | (214) 855-8000 |
| | |
| | **Counsel for Appellant** |
| | |
| | *Counsel of Record |

July 1, 2014

# DECLARATION OF AUTHORITY PURSUANT TO FEDERAL CIRCUIT RULE 47.3

Pursuant to Rule 47.3(d) of the Rules of the Unites States Court of Appeals for the Federal Circuit, I, Sheila Kadura, hereby swear under penalty of perjury pursuant to 28 U.S.C. § 1746 that Matthew J. Moore has authorized me to sign this JOINT PROPOSED BRIEFING SCHEDULE on his behalf.

Executed: July 1, 2014

/s/ Sheila Kadura
Sheila Kadura
FULBRIGHT & JAWORSKI LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
(512) 474-5201

Counsel for Appellant Graff/Ross Holdings, LLP

# **CERTIFICATE OF SERVICE**

I certify that on July 1, 2014, I served the foregoing document by E-mail via the Court's ECF system on all counsel registered to receive electronic notices.

/s/  Sheila Kadura
Sheila Kadura
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701-4255
(512) 474-5201

Counsel for Appellant Graff/Ross Holdings, LLP