NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**FEDERAL HOME LOAN MORTGAGE CORPORATION, AKA FREDDIE MAC,**
*Plaintiff-Appellee,*

**v.**

**GRAFF/ROSS HOLDINGS, LLP,**
*Defendant-Appellant.*

———————————

2013-1067, -1068, -1069

———————————

Appeals from the United States District Court for the District of Columbia in No. 07-CV-0796, Judge Richard J. Leon.

———————————

# O R D E R

The parties inform the court that in light of *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S.Ct. 2347 (2014), they wish to proceed with the appeal and seek to set the briefing schedule.

Accordingly,

IT IS ORDERED THAT:

(1)  The stay is lifted.

(2)  Graff/Ross Holdings LLP's opening brief is due no later than August 15, 2014.  Federal Home Loan Mort-

2                    FEDERAL HOME LOAN v. GRAFF/ROSS HOLDINGS

gage Corporation's response brief is due no later than October 7, 2014.  Graff/Ross Holdings LLP's reply brief is due no later than October 24, 2014.  The joint appendix is due no later than October 31, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26